UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-8258 MRW | Date | November 8, 2023 |
|---|---|---|---|
| Title | Stuppler & Co. v. Bentley Motors | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge |
|---|---|

| James Muñoz | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**   SCHEDULING ORDER

1. The Court conducted a case management conference in this civil action today. The Court essentially adopted the schedule that the parties jointly recommended in their Rule 26 submission with minor changes:

| Event | Date |
|---|---|
| Last Day to Amend Pleadings or Add Parties | January 5, 2024 |
| Fact Discovery to be Completed | July 5, 2024 |
| Expert Disclosure Produced | July 19, 2024 |
| Rebuttal Disclosure (or other disclosures under FRCP 26(a)(2)(D)) Produced | August 2, 2024 |
| Expert Discovery Concluded | August 16, 2024 |
| ADR Completed | August 16, 2024 |
| Last Day for Summary Judgment Motions to Be Heard | September 11, 2024 |
| Filing of PTC Order, Jury Instructions (joint and disputed), and Other Trial Documents | October 23, 2024 |
| Pretrial Conference and Hearing on Pretrial Motions | October 23, 2024, at 9:30 a.m. |
| Trial | November 12, 2024, at 9:00 a.m. |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-8258 MRW | Date | November 8, 2023 |
|---|---|---|---|
| Title | Stuppler & Co. v. Bentley Motors | | |

    2.    Additionally, the Court will conduct the "half-time" video status conference with the parties on April 10, 2024, at 9:30 a.m.

    3.    Finally, the Court authorizes the parties to request a conference with Judge Wilner before moving for an order relating to discovery. (Fed. R. Civ. P. 16(b)(3)(v).) The party seeking such a conference may send an e-mail request to MRW_chambers@cacd.uscourts.gov. The request must: (a) include a one- or two-line summary of the discovery dispute; (b) indicate that the parties have been unable to resolve the dispute informally; and (c) copy all parties on the e-mail. **N.B.** – A party that uses this informal procedure unnecessarily or without making appropriate efforts to resolve disputes directly may forfeit this privilege. The parties are further advised that any contested discovery motion must be filed and heard before the close of the relevant (fact or expert) discovery period set forth above.

    4.    The parties are advised to periodically review the Court's website (www.cacd.uscourts.gov) for online updates to Judge Wilner's pretrial and trial procedures.

    5.    The parties' joint request to mediate the action with a private mediator is approved.