UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-8258 MRW | Date | March 11, 2024 |
|---|---|---|---|
| Title | Stuppler & Co. v. Bentley Motors | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge |
|---|---|

| Narissa Estrada | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**     CASE STATUS

　　1.　　The Court reviewed Plaintiff's amended complaint and Defendant's answer. (Docket # 17, 18.) My thanks to both sides for amicably moving forward with the pleading amendment process.

　　2.　　I previously set case dates in the action. (Docket # 13.) Of note, I set the "half-time" status conference for April 10 and the fact discovery cutoff for July 5. If those dates still work, that's fine. If we need to discuss changing one or both, please send a joint e-mail to chambers and I'll arrange a video conference.

　　3.　　Also, please be advised that I will be leaving the Court in mid-August 2024. If the case is still pending by that time, the parties will want to consent to another magistrate judge to handle further proceedings. I'm happy to help you find a colleague to work with you. Without a new consent, though, the case will be randomly reassigned to a district judge.