| | |
|---|---|
| 1 | SQUIRE PATTON BOGGS (US) LLP |
| | Sean P. Conboy, State Bar No. 214487 |
| 2 | sean.conboy@squirepb.com |
| | Shaun Kim, State Bar No. 307812 |
| 3 | shaun.kim@squirepb.com |
| | 555 South Flower Street, 31st Floor |
| 4 | Los Angeles, CA 90071 |
| | Telephone: +1 213.624.2500 |
| 5 | Facsimile: +1 213.623.4581 |
| 6 | Attorneys for Defendant |
| 7 | BENTLEY MOTORS, INC. |
| 8 | Lemon-Aid Legal, APC |
| | Raphael E. Davis (SBN 326269) |
| 9 | rd@lemonaidlegal.com |
| | 420 Exchange, Suite 270 |
| 10 | Irvine, California 92602 |
| | Tel: (949) 662-2132 |
| 11 | Fax: (949) 274-4755 |
| 12 | CONN LAW, PC |
| | ELLIOT CONN Bar No. 279920 |
| 13 | 100 Bush Street, Suite 1580 |
| | San Francisco, CA, 94104 |
| 14 | Telephone: (415) 417-2780 |
| | Facsimile: (415) 358-4941 |
| 15 | elliot@connlawpc.com |
| 16 | Attorneys for Plaintiff, |
| | STUPPLER & COMPANY, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUPPLER & COMPANY, INC., | Case No. 2:23-cv-08258-BFM |
| Plaintiff, | **ORDER DISMISSING CASE WITH PREJUDICE** |
| v. | |
| BENTLEY MOTORS, INC. and DOES 1-25, inclusive, | Judge: Hon. Brianna Fuller Mircheff |
| | Action Filed: August 28, 2023 |
| Defendants. | Trial Date: Vacated |

-1-

ORDER DISMISSING CASE WITH PREJUDICE - 2:23-cv-08258-BFM

Plaintiff Stuppler & Company, Inc. and Defendant Bentley Motors, Inc., LLC, by and through their respective counsel of record stipulate that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's entire action against Defendant is dismissed with prejudice. Each party is to bear its own costs and attorney fees.

THEREFORE, **IT IS HEREBY ORDERED** that the entire action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: November 26, 2024

_____
HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE